# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FELTON COUSIN

NO. 2025 KW 0992

JANUARY 9, 2026

---

In Re:    Felton Cousin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          244496.

---

BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.

**WRIT DENIED AS MOOT.** The records of the St. Tammany Parish
Clerk of Court's Office reflect that the district court acted on
relator's motion on July 21, 2025. Moreover, the Attorney General
has the discretion to represent the State's interest at any
subsequent hearing. See **State v. Broussard,** 2018-0616 (La. App.
1st Cir. 12/21/18), 268 So.3d 307, 310.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT